JOCELYN BURTON (SBN 135879)
jburton@burtonemploymentlaw.com
BURTON EMPLOYMENT LAW
1939 Harrison Street, Suite 400
Oakland, CA 94612
Telephone:   510.350.7025
Facsimile:    510.473.3672

Attorneys for Plaintiff
ALEXANDER MILLER

GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
JILL V. CARTWRIGHT, State Bar No. 260519
jill.cartwright@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
HOME DEPOT, U.S.A., INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER MILLER, | Case No. C-13-0935 (KAW) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| HOME DEPOT, U.S.A., INC., and DOES 1-10, | |
| Defendants. | Complaint Filed:  December 26, 2012<br>Trial Date:          July 7, 2014 |

Case No. C-13-0935 (KAW)
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

**IT IS STIPULATED BY THE PARTIES AS FOLLOWS**:

1) The parties are scheduled for a case management conference on March 18, 2014 at 1:30 p.m.

2) The parties are in the process of concluding a settlement that will result in the dismissal of this action.

3) The parties request additional time to complete the settlement and file the dismissal of this action.

4) Accordingly, the parties request that the case management conference in this matter be continued until April 29, 2014 at 1:30 p.m.

DATED:  March 11, 2014                           BURTON EMPLOYMENT LAW

                                                 By:   /s/ Jocelyn Burton
                                                        JOCELYN BURTON

                                                 Attorneys for Plaintiff
                                                 ALEXANDER MILLER

DATED:  March 11, 2014                           OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                 By:  /s/ Jill Cartwright
                                                        GREGORY C. CHENG
                                                        JILL V. CARTWRIGHT

                                                 Attorneys for Defendant
                                                 HOME DEPOT, U.S.A., INC.

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: March 11, 2014                                   By: /s/ Jill V. Cartwright
                                                                              Jill V. Cartwright

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference set for March 18, 2014 at 1:30 p.m. is continued until May 20, 2014 at 1:30 pm.

Dated: 3/12/14                                          _Kandis Westmore_
                                                                  THE HONORABLE KANDIS A. WESTMORE
                                                                  UNITED STATES MAGISTRATE JUDGE

17330236.2